

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

TRUSTEES OF THE
UNITE HERE NATIONAL HEALTH FUND,
    Plaintiff,

against

VETERANS LINEN SUPPLY CO., INC.,
    Defendant.

NO. _____

Pursuant to Rule 7.1 of the General Rules of the Southern District of New York and to enable judges and magistrates of the court to evaluate possible disqualification or recusal, the undersigned attorney of record for the <u>Trustees of the UNITE HERE National Health Fund</u> certifies that the UNITE HERE National Health Fund has no corporate parents, subsidiaries or affiliates.

6/18/08
Date

David C. Sapp, Esq. – DS 5781
Attorney for Plaintiff
730 Broadway, 9th Floor
New York, New York 10003
(212) 539-5576