

**Demovsky Lawyer Service**
Premier Nationwide Document Retrieval
and Process Service Company

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
Trustees of the Unite
Here National Health Fund,

                    Plaintiff(s),                    Index No. 08 Civ 5635

         -against-                      AFFIDAVIT OF SERVICE

VETERANS LINEN SUPPLY, CO., INC.,
                    Defendant(s).
------------------------------------------------------------X
STATE OF WISCONSIN    )
                                     S.S.:
COUNTY OF WAUKESHA  )

      Fred Meier, being duly sworn, deposes and says that he/she is over the age of eighteen years, is an agent of the attorney service, D.L.S., Inc., and is not a party to this action.

      That on the 30th day of June, 2008, at approximately the time of 11:00 AM, deponent served a true copy of the SUMMONS & COMPLAINT upon Veterans Linen Supply Co., Inc. at 627 South 89th Street, Milwaukee, Wisconsin 53214, by personally delivering and leaving the same with Katy Fink who informed deponent that she holds the position of person in charge with that company and is authorized by law to receive service at that address.

      Katy Fink is a Caucasian Female, approximately 30 years of age, stands approximately 5 feet 8 inches tall, weighs approximately 175 lbs. pounds with Brown hair.

_____
PROCESS SERVER
Sworn to before me this 23rd
day of July, 2008

_____
NOTARY PUBLIC
FEB 28 2012
expires

D.L.S., Inc.
401 Broadway
Ste 510
NY, NY 10013
212-925-1220
www.dlsny.com