AUG.13.2008 10:12 2129410235   DLS NY   #0660 P.002 /002

 **Demovsky Lawyer Service**
Premier Nationwide Document Retrieval
and Process Service Company

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------X
TRUSTEES OF THE UNITE HERE
NATIONAL HEALTH FUND,

         Plaintiff(s),        Index No. 08 CIV 5635

    -against-        AFFIDAVIT OF SERVICE

VETERANS LINEN SUPPLY CO., Inc.,
        Defendant(s).
-------------------------------------------------------X
STATE OF WISCONSIN  )
                                S.S.:
COUNTY OF WAUKESHA  )

       Anthony Dibrito, being duly sworn, deposes and says that he is over the age of eighteen years, is an agent of the attorney service, D.L.S., Inc., and is not a party to this action.

       That on the 27th day of June, 2008, at approximately the time of 11:00A.M., deponent served a true copy of the SUMMONS & COMPLAINT upon John R. Sosey, Registered Agent for Veterans Linen Supply Co., Inc. at 300 N. Corporate Drive, Suite 330, Brookfield, WI 53045, by personally delivering and leaving the same with Melissa Tenpas who informed deponent that she holds the position of 'Person In Charge' with that company and is authorized by law to receive service at that address.

       Melissa Tenps is a white female, approximately 30 years of age, stands approximately 5 feet 5 inches tall, weighs approximately 120 pounds with black hair.

_[signature]_
PROCESS SERVER

Sworn to before me this
15th day of August, 2008

_[notary signature]_
NOTARY PUBLIC

D.L.S., Inc.
401 Broadway
Ste 510
NY, NY 10013
212-925-1220
www.dlsny.com